■ In the Matter of the Arbitration between AMERICAN TRANSIT INSURANCE COMPANY, Respondent, and FRANKLIN REYES et al., Appellants, et al., Respondents. [770 NYS2d 857]—

Order, Supreme Court, New York County (Edward Lehner, J.), entered November 13, 2000, which denied respondents' motion to vacate an order, entered upon their default, granting petitioner's motion to permanently stay arbitration, unanimously affirmed, without costs.

The court properly denied respondents' motion to vacate the order, entered upon their default, permanently staying arbitration of their uninsured motorist claim, since they failed to make the requisite showing that their claim had merit (see *Fogarty v Transmedia Network,* 2 AD3d 269 [2003]). Concur—Nardelli, J.P., Andrias, Sullivan, Ellerin and Gonzalez, JJ.

■ In the Matter of NORMAN PECK, Petitioner, v SHIRLEY WERNER KORNREICH et al., Respondents. [770 NYS2d 858]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied, the cross motion granted and the petition dismissed, without costs or disbursements. Petitioner's motion for a stay of a hearing withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Concur—Nardelli, J.P., Andrias, Sullivan, Ellerin and Gonzalez, JJ.